IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL SMITH                          PLAINTIFF

v.                                    CIVIL ACTION NO. 3:21CV179-NBB-RP

CITY OF OXFORD, MISSISSIPPI, ET AL.            DEFENDANTS

## ORDER OF RECUSAL

The undersigned judge hereby recuses from the above styled and numbered cause. The case is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**SO ORDERED**, this the 16th day of August, 2021.

                                                     /s/ Neal Biggers
                                                     **NEAL B. BIGGERS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**