**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**MICHAEL SMITH**                                                                            **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 3:21-CV-00179-MPM-JMV**

**CITY OF OXFORD, MISSISSIPPI, ET AL.**                          **DEFENDANTS**

## **JUDGMENT**

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed without prejudice.

So ordered, this, the 27th day of April, 2021.

                                                /s/ Michael P. Mills
                                                **UNITED STATES DISTRICT JUDGE
                                                NORTHERN DISTRICT OF MISSISSIPPI**